8 So.3d 1275 (2009)
Levi MEDINA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-187.
District Court of Appeal of Florida, Third District.
May 13, 2009.
Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Rolando A. Soler, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and SUAREZ and SALTER, JJ.
*1276 PER CURIAM.
Affirmed. See Meyers v. State, 704 So.2d 1368, 1370 (Fla.1997).